# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES MICHAEL HOWARD                                                 PETITIONER

VS.                          4:15CV00320 KGB/JTR

STATE OF ARKANSAS                                                   RESPONDENT

## **RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

    Mail any objections to:

        Clerk, United States District Court
        Eastern District of Arkansas
        600 West Capitol Avenue, Suite A149
        Little Rock, AR 72201-3325

## I. Discussion

On June 3, 2015, Petitioner, James Michael Howard ("Howard"), who is detained in the Hot Springs County Jail, filed a Petition for a Writ of Habeas Corpus challenging his detention. *Doc. 1*. However, service of the Petition was not appropriate because Howard did not pay the $5.00 filing fee or file a Motion to Proceed *In Forma Pauperis*.

On June 26, 2015, the Court entered an Order giving Howard until July 24, 2015, to either: (1) pay the $5.00 filing fee in full; or (2) file a file a properly completed Application to Proceed *In Forma Pauperis* along with a Prisoner Trust Fund Calculation Sheet. *Doc. 2*. The Court also "advised [Howard] that the failure to timely and properly comply with this Order could result in the dismissal of this habeas action, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id.*

As of the date of this writing, Howard has neither paid the filing fee nor filed an Application to Proceed *In Forma Pauperis*. Thus, the Court recommends that this case be dismissed, without prejudice, due to Howard's failure to comply with Local Rule 5.5(c)(2).

## III. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER

RECOMMENDED THAT a Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 9th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE