IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES MICHAEL HOWARD                                                                      PLAINTIFF

v.                              Case No. 4:15-cv-000320-KGB-JTR

STATE OF ARKANSAS                                                                         DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). No objections were filed, and the time to file objections has passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, this case is dismissed without prejudice. A Certificate of Appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

So ordered this 8th day of December, 2016.

Kristine G. Baker
United States District Judge