**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMES MICHAEL HOWARD**                                                      **PLAINTIFF**

**v.**                          **Case No. 4:15-cv-000320-KGB-JTR**

**STATE OF ARKANSAS**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 8th day of December, 2016.

_____
Kristine G. Baker
United States District Court Judge